ISADOR SPECTOR, Plaintiff, *v.* HYMAN HALLAN, CHARLES J. HALLAN, JACOB J. FRIEDMAN, MICHAEL J. MCENENY, Defendants, and MICHAEL J. FAHEY, Impleaded Defendant.*

MICHAEL J. FAHEY, Appellant; HYMAN HALLAN and CHARLES J. HALLAN, Respondents.

Supreme Court, Appellate Term, First Department, January 26, 1940.

*Affg. 173 Misc. 416.

*Arnstein, Schwartz & Arnstein* [*Louis L. Schwartz* of counsel], for the appellant.

*Arnold J. Streich* [*Stephen S. Saltz* of counsel], for the respondents.

PER CURIAM. Order affirmed, with ten dollars costs and disbursements.

All concur. Present — HAMMER, SHIENTAG and NOONAN, JJ.